# Order

Michigan Supreme Court
Lansing, Michigan

March 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138323(54)


DIANE GADIGIAN,
       Plaintiff-Appellee,

v

CITY OF TAYLOR,
       Defendant-Appellant.

_____

SC: 138323
COA: 279540
Wayne CC: 06-621978-NO


    On order of the Chief Justice, the motion by the Michigan Municipal League and others for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2010

Clerk